UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>　　　Plaintiffs<br><br>v.<br><br>CARDTRONICS, INC., et al.,<br><br>　　　Defendants | CIVIL ACTION NO. 03-11206-NMG |

**PLAINTIFFS' UNOPPOSED PETITION
FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

**INTRODUCTION**

Pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, Plaintiffs, Commonwealth of Massachusetts, National Federation of the Blind ("NFB"), and Jennifer Bose, Bryan Bashin, Robert Crowley, Norma Crosby, Dwight Sayer, Terri Uttermohlen, and Raymond Wayne (the "Individual Plaintiffs"), hereby submit this Unopposed Petition for an Award of Attorneys' Fees and Costs.

After more than three years of litigating Cardtronics' alleged failure to comply with the parties' 2007 Settlement Agreement and 2010 Remediation Plan, and after lengthy settlement negotiations and multiple mediation sessions before the Court-appointed Special Master, the parties have entered into an Amended and Restated Class Action Settlement Agreement ("Amended Agreement"). In connection with this new settlement, Cardtronics has agreed to pay the sum of $397,536.70 for the attorneys' fees and costs

*Petition granted.*

*NMGorton, USDJ  5/7/15*