UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> CARDTRONICS, INC., *et al.*, <br><br> Defendants | CIVIL ACTION NO. 03-11206-NMG |

### JOINT MOTION FOR FINAL APPROVAL OF AMENDED AND RESTATED CLASS ACTION SETTLEMENT AGREEMENT

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs, Commonwealth of Massachusetts, National Federation of the Blind ("NFB"), and Jennifer Bose, Bryan Bashin, Robert Crowley, Norma Crosby, Dwight Sayer, Terri Uttermohlen and Raymond Wayne (the "Individual Plaintiffs"), and Defendants, Cardtronics, Inc. and Cardtronics USA, Inc. (jointly "Cardtronics"), seek final approval of the Amended and Restated Class Action Settlement Agreement ("Amended Agreement") that was approved preliminarily by this Court on December 2, 2014. The grounds for this motion are set forth fully in the parties' Memorandum in Support of Joint Motion for Final Approval of Amended and Restated Class Action Settlement Agreement. The parties also submit as Exhibit A to this motion a proposed Order Granting Joint Motion for Final Approval of Amended and Restated Class Action Settlement Agreement and Plaintiffs' Unopposed Petition for an Award of Attorneys' Fees and Costs.

*Motion allowed. /s/ NMGorton, USDJ 5/7/15*