UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, *et al.*,

    Plaintiffs

v.

CARDTRONICS, INC., *et al.*,

    Defendants

CIVIL ACTION NO. 03-11206-NMG

**JOINT MOTION FOR ORDER APPROVING
AMENDMENT TO CLASS ACTION SETTLEMENT AGREEMENT**

Pursuant to Fed. R. Civ. P. 16 and 23(d), Plaintiffs Commonwealth of Massachusetts, National Federation of the Blind ("NFB"), and Jennifer Bose, Bryan Bashin, Robert Crowley, Norma Crosby, Dwight Sayer, Terri Uttermohlen and Raymond Wayne (the "Individual Plaintiffs") (collectively "Plaintiffs"), and Defendants, Cardtronics, plc (successor in interest to Cardtronics, Inc.) and Cardtronics USA, Inc. (jointly "Cardtronics") (all collectively the "Parties") hereby submit this Joint Motion regarding their Amendment, executed June 30, 2017 (the "Amendment"), to the Amended and Restated Class Action Settlement Agreement, executed November 2014 (the "Agreement"). The Amendment is attached hereto as Exhibit A.

In support of their Motion, and as fully set forth in the Memorandum of Law in Support of this Joint Motion, the Parties respectfully submit that the Court should (1) approve the amendment, (2) order that no notice to the Class is necessary, and (3) deem the Amendment final and fully enforceable since the date of its execution, June 30, 2017. The declaration of Michael E. Keller in Support ("Keller Decl.") is attached hereto as Exhibit B. A proposed Order is attached hereto as Exhibit C.

148826818

*Motion allowed.* /s/ NMGorton, USDJ 11/8/17