UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>CARDTRONICS, INC., *et al.*,<br><br>    Defendants | CIVIL ACTION NO. 03-11206-NMG |

## [PROPOSED] ORDER APPROVING AMENDMENT TO CLASS ACTION SETTLEMENT AGREEMENT

Upon the Joint Motion of Plaintiffs Commonwealth of Massachusetts, National Federation of the Blind ("NFB"), and Jennifer Bose, Bryan Bashin, Robert Crowley, Norma Crosby, Dwight Sayer, Terri Uttermohlen and Raymond Wayne (the "Individual Plaintiffs") (collectively "Plaintiffs"), and Defendants, Cardtronics, plc (successor in interest to Cardtronics, Inc.) and Cardtronics USA, Inc. (jointly "Cardtronics") (all collectively the "Parties") and after review of all papers submitted therewith and the entire record,

The Court hereby ORDERS that (1) the Amendment is approved, and (2) no notice to the Class is necessary for the Amendment, and thus (3) the Amendment shall be deemed final and thus fully enforceable as of the date of its execution, June 30, 2017.

Dated: 11/8/17

/s/ Nathaniel M. Gorton
United States District Court Judge

148826887