UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>  Plaintiffs<br><br>v.<br><br>CARDTRONICS, INC., *et al.*,<br><br>  Defendants | CIVIL ACTION NO. 03-11206-NMG |

### [~~PROPOSED~~] ORDER APPROVING WAIVER OF CERTAIN REQUIREMENTS OF CLASS ACTION SETTLEMENT AGREEMENT DUE TO COVID-19 PANDEMIC

Upon the Joint Motion of Plaintiffs, Commonwealth of Massachusetts; National Federation of the Blind ("NFB"); and Jennifer Bose, Bryan Bashin, Robert Crowley, Norma Crosby, Dwight Sayer, Terri Uttermohlen, and Raymond Wayne (the "Individual Plaintiffs") (collectively "Plaintiffs"); and Defendants, Cardtronics, plc (successor in interest to Cardtronics, Inc.) and Cardtronics USA, Inc. (jointly "Cardtronics") (all collectively the "Parties"), and after review of all papers submitted therewith and the entire record,

The Court hereby ORDERS that (1) approval is given for the waiver of the inspection requirements of Articles 10.1 and 19.2 of the Parties' Amended and Restated Class Action Settlement Agreement for 535 certain ATMs due to exigencies created by the COVID-19 pandemic, and (2) no notice to the Class is necessary for this waiver.

Dated: 8/21/20

_____
Nathaniel M. Gorton
United States District Judge